# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 17, 2022

## NO. 03-21-00278-CR

### Ex parte John D. Ferrara

**APPEAL FROM THE COUNTY COURT AT LAW NO 3 OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH**
**DISMISSED AS MOOT-- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the trial court's denial of appellant's "Application for Pre-Indictment Habeas Corpus Relief Motion to Di[s]miss Prosecution". Having reviewed the record, the Court concludes that the appeal is moot and should be dismissed. Therefore, the Court dismisses the appeal as moot. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.